UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Kevin Martin

                              Plaintiff(s)

                              v.

Glenn S. Goord, Former Commissioner

                            Defendants(s)
-------------------------------------------------------------------

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 5292 (SCR)(LMS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
      _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ For jury selection

X
\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

    _____

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: \_\_\_\_ DATE FILED: \_\_\_\_]

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
6/19/08

SO ORDERED

*Stephen C. Robinson* (signature)

United States District Judge
Stephen C. Robinson